In the Matter of the Claim of WILLIAM J. McGLADE against THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

STATE INDUSTRIAL BOARD, Appellant.

(Argued April 11, 1933; decided April 25, 1933.)

*John J. Bennett, Jr., Attorney-General (Henry Epstein, Joseph A. McLaughlin* and *Hector A. Robichon* of counsel), for State Industrial Board, appellant.

*Robert E. Whalen* for respondent.

Order affirmed, with costs against State Industrial Board; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG and CROUCH, JJ. Dissenting: O'BRIEN, J. Not sitting: HUBBS, J.